IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | CR. NO. 2:06CR006-F |
| | ) | [18 U.S.C. § 510(a)(1)] |
| | ) | |
| MARRION J. GRIFFIN | ) | |

## INFORMATION

The United States Attorney for the Middle District of Alabama charges:

### COUNT 1

From on or about January 1, 2003 through on or about June 1, 2004, in Pike County, in the Middle District of Alabama, and elsewhere, the defendant

MARRION J. GRIFFIN

with intent to defraud, did falsely make and forge on Treasury checks of the United States in a face value totaling $16,561 the endorsement "Mary F. McGuire," in violation of Title 18, United States Code, Section 510(a)(1).

LEURA GARRETT CANARY
United States Attorney

Andrew O. Schiff
Assistant United States Attorney

(Stamp: RECEIVED 2006 JAN 17 P 4:31 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA.)