MIDDLE DISTRICT OF ALABAMA                COURT REPORTER:    Jimmy Dickens

❏**ARRAIGNMENT          xCHANGE OF PLEA          ❏CONSENT PLEA**

❏**RULE 44(c) HEARING          ❏SENTENCING**

---

**PRESIDING MAG. JUDGE:**  _Vanzetta Penn McPherson_          **DEPUTY CLERK:**  _WANDA ROBINSON_

**CASE NUMBER:**  _2:06cr06-MEF_          **DEFE NDANT NAME:**  _Marrion J. Griffin_

**AUSA:**  _Andrew O. Schiff_          **DEFENDANT ATTY:**  _Christine A. Freeman_

Type Counsel:     ( ) Waived;  ( ) Retained;  ( ) Panel CJA;  (X ) CDO

**USPO:**    Leslie Craft

**De fendant _____ does _____x_____ does NOT need and interpreter.**

**Interpreter present?  _x_     NO _____ YES    Name:** _____

---

X— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

**X—** WAIVER OF INDICTMENT executed and filed.

— MISDEMEANOR INFORMATION filed.

— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**          ❏ Not Guilty                                    ❏Nol Contendere

❏Not Guilty by reason of insanity

XGuilty as to:

XCount(s) ___1___       of the Felony Information.

❏Count(s) _____  ❏ dismissed on oral motion of USA;

❏ to be dismissed at sentencing

**X—   ORAL ORDER ADJUDICATING GUILT as to COUNTS**

X— Written plea agreement filed.  ❏ **OPEN/ORAL** Plea Agreement. ❏ **ORDERED SEALED.**  ❏ No Plea

Agreement entered

— _____ Days to file pretrial motions.   ❏ _____ Trial date or term.

X—   **ORDER:** Defendant Continued under ❏ same bond ; X Released on Bond & Conditions of Release

❏ summons; for:

❏ Trial on _____;  X Sentencing on _____  ❏_____Bond   X to be set by Separate Order

— **ORDER:** Defendant remanded to custody of U.S. Marshal for:

❏ Posting a $_____ Bond;

❏ Trial on _____; or  ❏ Sentencing on_____ ❏ set by separate Order.

Rule 44 Hearing: ❏ Waiver of Conflict of Interest Form executed. ❏ Detention requests time to secure new counsel.