# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA

v.

MARRION J. GRIFFIN

**WAIVER OF INDICTMENT**

CASE NUMBER: 2:06CR006-F

I, __Marrion J. Griffin__, the above named defendant, who is accused of

VIOLATION OF TITLE 18 USC § 510(a),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __2/6/06__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Marrion Griffin_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
Judicial Officer