## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.                                      ) | CASE NO: 2:06-cr-0006-MEF |
| ) | |
| MARRION J. GRIFFIN          ) | |

### UNOPPOSED MOTION TO AMEND PLEA AGREEMENT

**NOW COMES** the Defendant, Marrion J. Griffin, by undersigned counsel and respectfully moves this Court to permit amendment of the Rule 11(c)(1)( C) plea agreement filed in this matter, to change the agreed term of probation from three years to five years.

In support fo the Motion, the Defendant would show:

1. Although the plea agreement proposed that the defendant be given three years probation, Ms. Griffin would like to be given a longer opportunity to pay the restitution to be imposed in this matter.

2. Undersigned counsel has spoken with the Assistant U.S. Attorney and U.S. Probation Officer, and they have no opposition to this request.

**WHEREFORE**, defendant respectfully requests that this Motion be granted.

    Respectfully submitted,
    **s/Christine A. Freeman**
    **CHRISTINE A. FREEMAN**
    **TN BAR NO.: 11892**
    Attorney for Defendant
    Federal Defenders
    Middle District of Alabama
    201 Monroe Street , Suite 407
    Montgomery, AL 36104
    TEL:  (334) 834-2099

FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Andrew Schiff, Esq., Deputy Chief, Criminal Division, One Court Square, Suite 201, Montgomery, Alabama 36104.

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street , Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org