# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.  MARK E. FULLER, PRESIDING         AT MONTGOMERY, AL

DATE COMMENCED:   8/16/06           AT:   11:28 a.m.
DATE COMPLETED:   8/16/06           AT:   11:43 a.m.

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs.  § | CR. NO. 2:06CR6-MEF |
| § | |
| MARRION J. GRIFFIN § | |

GOVERNMENT          APPEARANCES:          DEFENDANT
Andrew O. Schiff                                                Christine A. Freeman

COURT OFFICIALS PRESENT:

Jimmy Dickens, Court Reporter                    Al Lancaster, USPO
Josh Clayton, Law Clerk
Kelli Gregg, Courtroom Clerk

COURTROOM PROCEEDINGS:

( X )  **Sentencing**

11:28 a.m. -   Court convenes.
Government states the terms of the plea agreement to the Court.
Court will reject the plea agreement but will sentence defendant as to what parties have agreed to.  Court will not sentence defendant as to the original plea agreement.
Court GRANTS Defendant's Motion to Amend Plea Agreement (Doc. #14).
Court sentences defendant and advises her of her right to an appeal.
11:43 a.m. -   Court is in recess.